Court of Appeals
 Sixth Appellate District of Texas
 
 
 JUDGMENT
 
 
 
In re: Oliver Hart, III.
No. 06-13-00184-CR

 Original Mandamus Proceeding

Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED AUGUST 29, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk